IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SEDRICK | ) | |
| Plaintiff, | ) | **Case No: 07 C 5811** |
| | ) | |
| v. | ) | **Honorable Judge Gottschall** |
| | ) | Magistrate Judge Nolan |
| **ALL PRO LOGISTICS, LLC** and | ) | |
| **RONALD L. LEEK**, Individually, | ) | |
| | ) | |
| Defendants. | | |

## MOTION FOR ENTRY OF JUDGMENT

**NOW COMES** Plaintiff, by his attorney of record, and for his Motion For Entry of Judgment, states as follows:

1. After entering judgment in Plaintiffs favor and against all Defendants on this issue of liability and damages, the Court instructed the parties to attempt to reach agreement with regard to the calculations of the total judgment amount.

2. The parties have negotiated that judgment amount and have agreed on a total judgment amount of $104,817.00.

3. A draft Judgment Order is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff requests this Court to enter judgment in his favor and against both Defendants in the amount of $104,817.00, and for such other relief as the Court deems appropriate under the circumstances.

          Respectfully submitted,

          ***Electronically 11/04/2009***

          ***s/ John W. Billhorn***
          _____
          John W. Billhorn,
          Attorney for Plaintiff

BILLHORN LAW FIRM
120 S. State Street, Suite 400
Chicago, IL 60603
312) 853-1450